EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 36 |
| Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 204 DPR _____ |

Número del Caso:  EM-2020-07

Fecha:  13 de abril de 2020

Materia:  Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

| | | |
|---|---|---|
| *In re:* <br><br> Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | EM-2020-07 | Extensión de Términos Judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de abril de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19 (coronavirus). El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. La Orden Ejecutiva tendría vigencia desde el 16 de marzo hasta el 30 de marzo de 2020. Las medidas adoptadas mediante esta orden fueron extendidas en dos ocasiones y al presente se extenderán hasta el domingo, 3 de mayo de 2020.

El 15 de marzo de 2020 el Poder Judicial anunció el cierre parcial de operaciones, y suspendió todas las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderán asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. El 26 de marzo resolvimos extender los términos judiciales hasta el 27 de abril de 2020, para atender la continuidad de las medidas de seguridad adoptadas. In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-05.

Habida cuenta de la extensión hasta el 3 de mayo de 2020 de las medidas de cierre parcial de operaciones anunciado por la Rama Judicial, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a los procedimientos judiciales, se decreta que cualquier término que venza durante las fechas del 16 de marzo de 2020 hasta el 17 de mayo de 2020, se extenderá hasta el lunes, 18 de mayo de 2020. Esta determinación aplica a cualquier plazo instruido por orden judicial que venza entre estas fechas.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado, señor Martínez Torres, está conforme y reitera las expresiones hechas en la resolución de 16 de marzo de este año.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo